FILED

08/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0280

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 23-0280

---

BLUEBIRD ENERGY, LLC,

  Petitioner and Appellant,

v.

STATE OF MONTANA, DEPARTMENT OF REVENUE,

  Respondent and Appellee.

---

Appellee is granted an extension of time until September 21, 2023, to prepare, file and serve its answer brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 11 2023